In the Matter of the Estate of HELEN M. PHELAN, Deceased. JAMES J. MCCONKEY, Respondent; DAVID M. PHELAN, Appellant. [793 NYS2d 821]—Appeal from a decree of the Surrogate's Court, Onondaga County (Peter N. Wells, S.), entered June 16, 2004. The decree adjudged that the instrument offered for probate in this proceeding is valid and issued letters testamentary to petitioner.

It is hereby ordered that the decree so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Surrogate's Court. Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Hayes, JJ.